United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RICARDO ALMAZAN TAPIA | § § | |
| VS. | § § | CIVIL ACTION NO. 5:25-cv-174 |
| WARDEN MARIO GARCIA *et al.* | § | |

## ORDER

On October 17, 2025, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 3). The Court ordered Respondents to provide Petitioner with a bond hearing no later than October 30, 2025 (Dkt. No. 3 at 5). According to Respondents' advisory, Petitioner's bond hearing was held on October 28, 2025, and an Immigration Judge denied Petitioner bond, finding that Petitioner did not meet "his burden to show he would not be a danger to the community or a flight risk if released from custody" (Dkt. Nos. 10 at 2; 10-1 at 1).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **December 9, 2025**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** December 3, 2025.

Marina Garcia Marmolejo
United States District Judge

1